

SIGNED THIS 10th day of May, 2019

*Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
### Lynchburg (Charlottesville) Division

In re:

William Stephen Wilson, Jr.                Case No. 18-60143-RBC
                                           Chapter 13

Debtor

### ORDER ALLOWING SHORTENING OF NOTICE REQUIREMENT ON
### DEBTOR'S MOTION TO APPROVE REFINANCE OF REAL PROPERTY

THIS MATTER came upon Debtor's Motion seeking a reduction of the usual notice

requirement for Debtor's Motion to Approve Refinance of Real Property (the "Motion").

IT APPEARING to the Court appropriate and in accordance with applicable law; it is

hereby

**ORDERED**:

Page **1** of **2**

1.     That the notice period for the Motion is hereby shortened to 12 days from April 26, 2019, the day the Motion was filed, and the time in which parties may object is shortened to 12 days from the same date.

2.     That Counsel for Debtors shall serve a copy of this order, once entered, in accordance with the local rules of this Court.

*END OF ORDER*

I ASK FOR THIS:

/s/  Suad Bektic
Suad Bektic, Esquire, VSB # 90012
John C. Morgan, Esquire, VSB # 30148
Scott W. Carpenter, Esquire, VSB # 89057
NEW DAY LEGAL, PLLC
98 Alexandria Pike, Suite 10
Warrenton, VA 20186
Office: (540) 349-3232
Fax: (888) 612-0943
*Counsel for the Debtor*

SEEN AND AGREED:

/s/ Herbert L. Beskin
Herbert L. Beskin, Chapter 13 Trustee, VSB # 15050
P.O. Box 2103
Charlottesville VA 22902
Tel: (434) 817-9913, ext. 121
E-mail: hbeskin@cvillech13.net